FILED
9/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

1:26-cr-00494
Judge Mary M. Rowland
Magistrate Judge Daniel P. McLaughlin
RANDOM/ Cat. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAVIS MATTHEWS | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about July 24, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

TRAVIS MATTHEWS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Mossberg 715P .22 caliber pistol, bearing serial number ETB4354344, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Mossberg 715P .22 caliber pistol, bearing serial number ETB4354344, and associated ammunition.

A TRUE BILL:

__________________________________
FOREPERSON

__________________________________
UNITED STATES ATTORNEY